THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rodney C.
 Bryan, Appellant.
 
 
 

Appeal From Lexington County
Judge R. Knox McMahon, Circuit Court Judge
Unpublished Opinion No.  2010-UP-136
Submitted January 4, 2010  Filed February
 22, 2010  
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; Solicitor Donald V. Myers, of
 Lexington, for Respondent.
 
 
 

PER
 CURIAM:  Rodney C. Bryan appeals his convictions for violation
 of a court order of protection, criminal domestic violence of a high and
 aggravated nature, kidnapping, and two counts of spousal sexual battery.  After a thorough review of the record, counsel's
 brief, and Bryan's pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Bryan's appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.